

**FILED**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                                    )
        vs.                     )       Criminal Case No.: <u>23-cr-00343 (ACR)</u>
                                    )
CHARLES EDWARD LITTLEJOHN   )
                                    )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____       Date: _10 / 16 / 23_

United States District Judge