AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| USA <br> *Plaintiff* <br> v. <br> Charles Edward Littlejohn <br> *Defendant* | ) ) ) ) ) <br> Case No.  1:23-cr-00343-ACR |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Edward Littlejohn.

Date:  01/12/2024

*Attorney's signature*

Noah Cherry (D.C. Bar No. 1742964)
*Printed name and bar number*

Schertler Onorato Mead & Sears, LLP
555 13th Street, N.W.
Suite 500W
Washington, DC 20004
*Address*

ncherry@schertlerlaw.com
*E-mail address*

(202) 628-4199
*Telephone number*

(202) 628-4177
*FAX number*