# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:23-cr-343
)
Charles Edward Littlejohn )

## NOTICE OF APPEAL

Name and address of appellant:   Charles Edward Littlejohn
[See Presentence Report]

Name and address of appellant's attorney:   Lisa Manning
Schertler, Onorato, Mead & Sears, LLP
555 13th Street, N.W., Suite 500 West
Washington, DC 20004

Offense: Disclosure of Tax Return Information, 26 USC 7213(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment entered February 9, 2024: sixty (60) months imprisonment, followed by 36 months of supervised release (including 300 hours of community service); fine $5,000 and $100 Assessment.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_2/9/2024_   _Charles Littlejohn_
DATE   APPELLANT

_Lisa M___
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ✓
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☐   NO ✓
Has counsel ordered transcripts?   YES ✓   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✓   NO ☐